AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-422

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Fly E-Bike by Serving its Registered Agent, Zhou Ou

was received by me on *(date)* 02/03/2023

United States Courts
Southern District of Texas
F I L E D

FEB 13 2023

Nathan Ochsner, Clerk of Court

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Registered Agent, Zhou Ou , who is
designated by law to accept service of process on behalf of *(name of organization)* Fly E-Bike at
111 COLUMBIA DRIVE, JERICHO, NY 11753, NASSAU   on *(date)* Feb 9, 2023 8:26a ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 2-10-23

*Server's signature*

Richard Schultz
*Printed name and title*

P.O. Box 7312, Hicksville, NY 11802
*Server's address*

Additional information regarding attempted service, etc:

I delivered Summons in a Civil Action; Plaintiff's Original Complaint

722919

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| LENNIE FARROW, | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:22-cv-422 |
| FLY E-BIKE, INC. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Defendant Fly E-Bike
Registered agent, Zhou Ou
136-40 39th Ave.,
Queens, New York, 11354

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Cesar Tavares (lead attorney) Bar No. 2572168
Alma J. Reyes Bar No. 1054792
Michael Samaniego Bar No. 3782332
WILLIAMS HART & BOUNDAS, LLP
8441 Gulf Frwy, Suite 600
Houston, Texas 77017-5001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Nathan Ochsner, Clerk of Court

Date: December 16, 2022

*s/ V. Aranda*
Signature of Clerk or Deputy Clerk