**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **LENNIE FARROW** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:22-cv-422** |
| | § | |
| **FLY E-BIKE, INC.** | § | **JURY DEMANDED** |
| *Defendant.* | § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 and the Court's Order for Disclosure of Interested Parties, Defendant, Fly E-Bike, Inc., provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):  None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

> Lennie Farrow
> c/o Alma J. (Reyes) Tavares
> Williams Hart & Boundas, LLP
> 8441 Gulf Freeway Suite 600
> Houston, Texas 77017-5051
> atavares@whlaw.com
> *Plaintiff*
>
> Alma J. (Reyes) Tavares
> Williams Hart & Boundas, LLP
> 8441 Gulf Freeway Suite 600
> Houston, Texas 77017-5051
> atavares@whlaw.com
> *Counsel for Plaintiff*

1

Fly E-Bike, Inc.
c/o Ling E. Dai
Gauntt Koen Binney & Kidd, LLP
25700 Interstate 45 North, Suite 130
Spring, Texas 77386
ling.dai@gkbklaw.com
*Defendant*

Wuxi Dianmeng Technology Co., Ltd
1101 Jiaoshan Road
Wuxi, Jiangsu, China


Respectfully submitted,

**GAUNTT, KOEN, BINNEY & KIDD LLP**

By: ___/s/ *Lingling Dai* _____
Ling E.  Dai
Tex. S.D. No: 1733805
State Bar No. 24074104
25700 I-45 North, Suite 130
Spring, Texas 77386
Telephone:     281-367-6555
Facsimile:     281-367-3705
ling.dai@gkbklaw.com

**ATTORNEY FOR DEFENDANT**
**FLY E-BIKE, INC.**

## <u>CERTIFICATE OF SERVICE</u>

       Pursuant to the Federal Rules of Civil Procedure, a copy of this document was served on Plaintiff's counsel on March 7, 2023.

Alma J. Reyes Tavares
Southern District No. 1054792
Texas Bar No. 24064392
Williams Hart & Boundas, LLP
8441 Gulf Frwy., Ste. 600
Houston, Texas 77017-5001
Telephone: (713) 230-22200
Facsimile: (713) 643-6226
Email:  atavares@whlaw.com
*Attorney for Plaintiff*

                                 /s/ *Lingling Dai*_____
                                  Ling  E. Dai