UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **LENNIE FARROW** | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-cv-422 |
| | § | |
| **FLY E-BIKE, INC.** | § | **JURY DEMANDED** |
| *Defendant*. | § | |

## DEFENDANT'S FIRST AMENDED CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 and the Court's Order for Disclosure of Interested Parties, Defendant, Fly E-Bike, Inc., provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):  None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Lennie Farrow
c/o Alma J. (Reyes) Tavares
Williams Hart & Boundas, LLP
8441 Gulf Freeway Suite 600
Houston, Texas 77017-5051
atavares@whlaw.com
*Plaintiff*

Alma J. (Reyes) Tavares
Williams Hart & Boundas, LLP
8441 Gulf Freeway Suite 600
Houston, Texas 77017-5051
atavares@whlaw.com
*Counsel for Plaintiff*

1

Fly E-Bike, Inc.
c/o Ling E. Dai
Gauntt Koen Binney & Kidd, LLP
25700 Interstate 45 North, Suite 130
Spring, Texas 77386
ling.dai@gkbklaw.com
*Defendant*

GoFly Inc.
3428 Fondren Road
Houston, Texas 77063

Wuxi Dianmeng Technology Co., Ltd
1101 Jiaoshan Road
Wuxi, Jiangsu, China

Respectfully submitted,

**GAUNTT, KOEN, BINNEY & KIDD LLP**

By: ___/s/ *Lingling Dai*___
Ling E. Dai
Tex. S.D. No: 1733805
State Bar No. 24074104
25700 I-45 North, Suite 130
Spring, Texas 77386
Telephone:     281-367-6555
Facsimile:     281-367-3705
ling.dai@gkbklaw.com

**ATTORNEY FOR DEFENDANT
FLY E-BIKE, INC.**

3

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, a copy of this document was served on Plaintiff's counsel on March 15, 2023.

Alma J. Reyes Tavares
Southern District No. 1054792
Texas Bar No. 24064392
Williams Hart & Boundas, LLP
8441 Gulf Frwy., Ste. 600
Houston, Texas 77017-5001
Telephone: (713) 230-22200
Facsimile: (713) 643-6226
Email:  atavares@whlaw.com
*Attorney for Plaintiff*

                                                  /s/ *Lingling Dai*
                                                  Ling  E. Dai